**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Musa Saeed Muhammad | 18-172 |
| DEFENDANT | TYPE OF PROCESS |
| Commissioner of Social Security | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Atty. General

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
10th & Constitution Avenue NW, Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

**FILED**
FEB 27 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER    DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 1 | District of Origin No. 66 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk  *Marie Ryall* | Date 01/08/2018 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date 1/25/18   Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy
*Service via Fedex*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | $8.00 | | | |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

Case 2:18-cv-00372-JHS   Document 6   Filed 02/27/18   Page 2 of 4

**803458213621**

Ship date:  
**Tue 1/23/2018**

PHI US

**Delivered**

*Signed for by: A. OWENS*

Actual delivery:  
**Thu 1/25/2018 9:51 am**

1501 ECKINGTON PLACE NORTHEAST  
WASHINGTON, DC US  
20002

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **1/25/2018 - Thursday** | | |
| 9:51 am | Delivered  <br>Delivered to recipient at FedEx Facility | WASHINGTON, DC |
| 8:20 am | Ready for recipient pickup  <br>Package available for pickup at FedEx Facility: 1501 ECKINGTON PLACE NORTHEAST | WASHINGTON, DC |
| 7:41 am | At local FedEx facility | WASHINGTON, DC |
| 5:28 am | At destination sort facility | DULLES, VA |
| 2:57 am | Departed FedEx location | MEMPHIS, TN |
| **1/24/2018 - Wednesday** | | |
| 9:37 am | Arrived at FedEx location | MEMPHIS, TN |
| **1/23/2018 - Tuesday** | | |
| 9:15 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 5:02 pm | Picked up | PHILADELPHIA, PA |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking Number | 803458213621 | Service | FedEx Express Saver |
| Weight | 1 lbs / 0.45 kgs | Delivered To | FedEx Location |
| Total pieces | 1 | Total shipment weight | 1 lbs / 0.45 kgs |
| Terms | Shipper | Packaging | FedEx Envelope |
| Special handling section | Hold at Location | Standard transit | 1/26/2018 by 12:00 pm |

Ask FedEx

**OUR COMPANY**

About FedEx

Our Portfolio

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Musa Saeed Muhammad | 18-172 |
| DEFENDANT | TYPE OF PROCESS |
| Commissioner of Social Security | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Commissioner of Social Security

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
P.O. Box 41777 Philadelphia, PA 19101

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 66 | District to Serve<br>No. 66 | Signature of Authorized USMS Deputy or Clerk<br>*Marie Ryall* | Date<br>01/08/2018 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date<br>1/25/18 | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy<br>*Service via Fedex* | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee<br>$8.00 | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**803458213610**

| | |
|---|---|
| Ship date: | Actual delivery: |
| Tue 1/23/2018 | Thu 1/25/2018 9:54 am |
| PHI US | BALTIMORE, MD US |

## Delivered

Signed for by: R.WILLIAMS

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **1/25/2018 - Thursday** | | |
| 9:54 am | Delivered | MD |
| 7:51 am | On FedEx vehicle for delivery | LINTHICUM HEIGHTS, MD |
| 7:34 am | At local FedEx facility | LINTHICUM HEIGHTS, MD |
| 6:13 am | At destination sort facility | BALTIMORE, MD |
| 3:33 am | Departed FedEx location | MEMPHIS, TN |
| **1/24/2018 - Wednesday** | | |
| 9:37 am | Arrived at FedEx location | MEMPHIS, TN |
| **1/23/2018 - Tuesday** | | |
| 9:15 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 5:02 pm | Picked up | PHILADELPHIA, PA |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking Number | 803458213610 | Service | FedEx Express Saver |
| | | Delivered To | Shipping/Receiving |
| Weight | 1 lbs / 0.45 kgs | Total shipment weight | 1 lbs / 0.45 kgs |
| Total pieces | 1 | | |
| Terms | Shipper | | |
| | | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | Standard transit | 1/26/2018 by 4:30 pm |

Ask FedEx

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers